AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

JACOB MANDEL; CHARLES VOLK; LIAM KERN; MASHA MERKULOVA; AARON PARKER; and STEPHANIE ROSEKIND,

*Plaintiff(s)*

v.

BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY; SAN FRANCISCO STATE UNIVERSITY; LESLIE WONG; MARY ANN BEGLEY; LUOLUO HONG; LAWRENCE BIRELLO; REGINALD PARSON; OSVALDO DEL VALLE; KENNETH MONTEIRO; RABAB ABDULHADI; BRIAN STUART; ROBERT NAVA; MARK JARAMILLA; VERNON PICCINOTTI; and SHIMINA HARRIS,

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BOARD OF TRUSTEES of the California State University; Office of the Chancellor, c/o Office of General Counsel, 401 Golden Shore, Fourth Floor, Long Beach, California 90802-4210;

SAN FRANCISCO STATE UNIVERSITY, c/o Dan Ojeda, Office of the University Counsel, 1600 Holloway Avenue, San Francisco, CA 94132

(CONTINUED ON ATTACHMENT A)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Robb C. Adkins (SBN 194576) | Lawrence M. Hill (*pro hac vice* forthcoming) |
| Krista M. Enns (SBN 206430) | Alexa Perlman (*pro hac vice* forthcoming) |
| Seth Weisburst (SBN 259323) | WINSTON & STRAWN LLP |
| WINSTON & STRAWN LLP | 200 Park Avenue |
| 101 California Street, 35th Floor | New York, NY 10166-4193 |
| San Francisco, CA 94111-5840 | Telephone: (212) 294-6700 |
| Telephone: (415) 591-1000 | Facsimile: (212) 294-4700 |
| Facsimile: (415) 591-1400 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Attachment A (Continued from Summons)

CASE NO.: _____

JACOB MANDEL, ET AL. v. BOARD OF TRUSTEES OF
THE CALIFORNIA STATE UNIVERSITY; ET AL.

To:  *(Defendant's name and address)*

LESLIE WONG; 395 Stonecrest Drive, San Francisco, CA 94132;

MARY ANN BEGLEY; 325 Buckingham Way, Apt. 804, San Francisco, CA 94132;

LUOLUO HONG; 1051 National Avenue, Apt. 541, San Bruno, CA 94066;

LAWRENCE BIRELLO;  100 Cherry Avenue, South San Francisco, CA  94080;

REGINALD PARSON; 542 Paris Street A, San Francisco, CA 94112;

OSVALDO DEL VALLE; 950 Redwood Shores Pkwy, Unit J201, Redwood City, CA 94065;

KENNETH MONTEIRO;  550 Battery Street, Apt. 1301, San Francisco, CA 94111;

RABAB ABDULHADI; 619 First Street, Mamaroneck, NY 10543;

BRIAN STUART; 414 Head Street, San Francisco, CA 94132;

ROBERT NAVA; 32 Vidal Drive, San Francisco, CA 94132;

MARK JARAMILLA; 307 Arballo Drive, San Francisco, CA 94132;

VERNON PICCINOTTI; 6 Seaview Drive, Daly City, CA 94015;

SHIMINA HARRIS; 18 Pinto Avenue, San Francisco, CA 94132.


American LegalNet, Inc.
www.FormsWorkFlow.com