BRADLEY S. PHILLIPS (State Bar No. 085263)
SETH J. FORTIN
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

ADELE M. EL-KHOURI
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW, 7th Floor
Washington, D.C. 20004
Telephone:   (202) 220-1100
Facsimile:    (202) 220-2300

Attorneys for Defendants
BOARD OF TRUSTEES OF THE CALIFORNIA
STATE UNIVERSITY; LESLIE WONG; MARY
ANN BEGLEY; LUOLUO HONG; LAWRENCE
BIRELLO; REGINALD PARSON; OSVALDO
DEL VALLE; KENNETH MONTEIRO; BRIAN
STUART; ROBERT NAVA; MARK JARAMILLA;
VERNON PICCINOTTI; AND SHIMINA HARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB MANDEL, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, SAN FRANCISCO STATE UNIVERSITY, et al.,<br><br>　　　　Defendants. | CASE NO. CV 17-03511<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:　Hon. William H. Orrick III<br>Dept:　Courtroom 2, 17th Floor |

CASE NO. CV 17-03511

NOTICE OF APPEARANCE FOR SETH J. FORTIN

Pursuant to Rule 5-1(c)(2), Seth J. Fortin, a member of the Bar of the State of California in good standing, hereby gives notice of his appearance in this matter on behalf of the Defendants The Board of Trustees of California State University, San Francisco State University, Leslie Wong, Mary Ann Begley, Luoluo Hong, Lawrence Birello, Reginald Parson, Osvaldo del Valle, Kenneth Montreiro, Brian Stuart, Robert Nava, Mark Jaramilla, Vernon Piccinotti, and Shimina Harris.

DATED: August 18, 2017         Respectfully submitted,

                               MUNGER, TOLLES & OLSON LLP
                                 SETH J. FORTIN


                               By:    /s/ Seth J. Fortin
                                      SETH J. FORTIN
                               Attorneys for Defendants The Board of Trustees of California State University, San Francisco State University, Leslie Wong, Mary Ann Begley, Luoluo Hong, Lawrence Birello, Reginald Parson, Osvaldo del Valle, Kenneth Montreiro, Brian Stuart, Robert Nava, Mark Jaramilla, Vernon Piccinotti, and Shimina Harris