1  BRADLEY S. PHILLIPS (State Bar No. 085263)
   SETH J. FORTIN (State Bar No. 302790)
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
3  Los Angeles, CA 90071-1560
   Telephone:     (213) 683-9100
4  Facsimile:     (213) 687-3702

5  ADELE M. EL-KHOURI (*Pro hac vice* pending)
   MUNGER, TOLLES & OLSON LLP
6  1155 F Street, NW, 7th Floor
   Washington, D.C. 20004
7  Telephone:     (202) 220-1100
   Facsimile:     (202) 220-2300

8
   Attorneys for Defendants
9  BOARD OF TRUSTEES OF THE CALIFORNIA
   STATE UNIVERSITY, SAN FRANCISCO STATE
10 UNIVERSITY; LESLIE WONG; MARY ANN
   BEGLEY; LUOLUO HONG; LAWRENCE
11 BIRELLO; REGINALD PARSON; OSVALDO
   DEL VALLE; KENNETH MONTEIRO; BRIAN
12 STUART; ROBERT NAVA; MARK JARAMILLA;
   VERNON PICCINOTTI; AND SHIMINA HARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB MANDEL, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, SAN FRANCISCO STATE UNIVERSITY, et al.,<br><br>Defendants. | CASE NO. CV 3:17-cv-03511-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR RULE 12 MOTIONS**<br><br>Judge:   Hon. William H. Orrick III<br>Dept:    Courtroom 2, 17th Floor<br>Date:    November 8, 2017<br>Time:    2:00 p.m. |

**STIPULATION**

Plaintiffs Jacob Mandel, Charles Volk, Liam Kern, Masha Merkulova, Aaron Parker, and Stephanie Rosekind ("Plaintiffs") and Defendants The Board of Trustees of California State University, San Francisco State University, Leslie Wong, Mary Ann Begley, Luoluo Hong, Lawrence Birello, Reginald Parson, Osvaldo del Valle, Kenneth Montreiro, Brian Stuart, Robert Nava, Mark Jaramilla, Vernon Piccinotti, and Shimina Harris ("Defendants"), through their respective counsel, hereby stipulate as follows, pursuant to Local Rule 6-2:

Whereas lead counsel for Defendants will be traveling out of the country from September 15 to October 15, 2017, and for the sake of avoiding piecemeal briefing due to different service dates for different Defendants, Plaintiffs and Defendants agree to the following schedule for the briefing and hearing of Defendants' Rule 12 motions:

- Defendants' motions shall be due on or before Monday, August 21, 2017.
- Plaintiffs' opposition brief(s) shall be due on October 11, 2017.
- Defendants' reply brief shall be due on October 25, 2017.
- The hearing on Defendants' motions shall, subject to the availability of the Court, be at 2:00 p.m. on Wednesday, November 8, 2017.

Plaintiffs and Defendants have not previously requested an extension of time to file in this matter.

Because this action is still in the pleading stage and no dates have been set for discovery or trial, the requested schedule will not significantly affect the case schedule.

| | | |
|---|---|---|
| DATED: August 21, 2017 | | Respectfully submitted, |
| | | MUNGER, TOLLES & OLSON LLP<br>BRADLEY S. PHILLIPS |
| | | By: _____/s/ Bradley S. Phillips_____<br>BRADLEY S. PHILLIPS<br>Attorneys for Defendants The Board of Trustees of California State University, San Francisco State University, Leslie Wong, Mary Ann Begley, Luoluo Hong, Lawrence Birello, Reginald Parson, Osvaldo del Valle, Kenneth Montreiro, Brian Stuart, Robert Nava, Mark Jaramilla, Vernon Piccinotti, and Shimina Harris |
| Dated: August 21, 2017 | | WINSTON & STRAWN LLP |
| | | By: */s/ Krista M. Enns*<br>Krista M. Enns |
| | | Attorneys for Plaintiffs<br>JACOB MANDEL, CHARLES VOLK, MASHA MERKULOVA, AARON PARKER, and STEPHANIE ROSEKIND |

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: August ___, 2017

_____
United States District Judge