1  BRADLEY S. PHILLIPS (State Bar No. 085263)
   SETH J. FORTIN (State Bar No. 302790)
   MUNGER, TOLLES & OLSON LLP
2  350 South Grand Avenue, 50th Floor
   Los Angeles, CA 90071-1560
3  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
4

5  ADELE M. EL-KHOURI (*Admitted Pro hac vice*)
   MUNGER, TOLLES & OLSON LLP
6  1155 F Street, NW, 7th Floor
   Washington, D.C. 20004
7  Telephone:    (202) 220-1100
   Facsimile:    (202) 220-2300

8  Attorneys for Defendants
   BOARD OF TRUSTEES OF THE CALIFORNIA
9  STATE UNIVERSITY, SAN FRANCISCO STATE
   UNIVERSITY; LESLIE WONG; MARY ANN
10 BEGLEY; LUOLUO HONG; LAWRENCE
   BIRELLO; REGINALD PARSON; OSVALDO
11 DEL VALLE; KENNETH MONTEIRO; BRIAN
   STUART; ROBERT NAVA; MARK JARAMILLA;
12 VERNON PICCINOTTI; AND SHIMINA HARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB MANDEL, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, SAN FRANCISCO STATE UNIVERSITY, et al.,<br><br>Defendants. | CASE NO. CV 3:17-cv-03511-WHO<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR RULE 12 MOTIONS AND CASE MANAGEMENT CONFERENCE**<br><br>Judge:    Hon. William H. Orrick III<br>Dept:    Courtroom 2, 17th Floor<br>Date:    November 8, 2017<br>Time:    2:00 p.m. |

# STIPULATION

Plaintiffs Jacob Mandel, Charles Volk, Liam Kern, Masha Merkulova, Aaron Parker, and Stephanie Rosekind ("Plaintiffs"); Defendants The Board of Trustees of California State University, San Francisco State University, Leslie Wong, Mary Ann Begley, Luoluo Hong, Lawrence Birello, Reginald Parson, Osvaldo del Valle, Kenneth Montreiro, Brian Stuart, Robert Nava, Mark Jaramilla, Vernon Piccinotti, and Shimina Harris ("CSU Defendants"); and Defendant Rabab Abdulhadi ("Abdulhadi", collectively with the CSU Defendants, "Defendants," and collectively with Plaintiffs and the CSU Defendants, "the Parties"), through their respective counsel, hereby stipulate as follows, pursuant to Local Rule 6-2:

Whereas the Court has scheduled a Case Management Conference for September 19, 2017;

Whereas Defendants have filed Rule 12 motions to dismiss the entirety of Plaintiffs' Complaint;

Whereas the Court has previously approved a briefing and hearing schedule for the CSU Defendants' motions, with a hearing set for Wednesday, November 8, 2017;

Whereas counsel for Plaintiffs have represented that Plaintiffs intend to amend their Complaint no later than Friday, September 1, 2017; and

Whereas lead counsel for the CSU Defendants will be traveling out of the country from September 17 through October 15, 2017,

Plaintiffs and Defendants agree to the following schedule for the briefing and hearing of any Rule 12 motions Defendants may file in response to the amended complaint; this proposed schedule is, other than with respect to the deadline for Defendants' Rule 12 motions with respect to the amended complaint, the same as the schedule previously approved by the Court:

- Defendants' motions shall be filed no more than 14 days after the filing of the amended complaint.
- Plaintiffs' opposition brief(s) shall be filed no later than October 11, 2017.
- Defendants' reply briefs shall be filed no later than October 25, 2017.

1  •  The hearing on Defendants' motions shall, subject to the availability of the Court, be held on Wednesday, November 8, 2017, at 2:00 p.m.

The Parties also agree to continue the initial Case Management Conference ("CMC"), currently scheduled for September 19, 2017, to November 8, 2017, at 2:00 p.m., the same date of the hearing on the Rule 12 motions, subject to the availability of the Court. The Parties understand that the Court ordinarily holds CMCs on Tuesdays, but certain counsel for the Parties will be traveling to San Francisco for the hearing and CMC, including from the East Coast, and Plaintiffs and Defendants believe this would be the most efficient option for both the Court and the Parties' counsel.

Plaintiffs and the CSU Defendants previously requested an extension of time with respect to the filing and service of oppositions and replies with regard to Defendants' Rule 12 motions. [Dkt. No. 42.] The current request does not further extend those deadlines. The Parties have not previously requested a continuance of the CMC.

Because this action is still in the pleading stage and no dates have been set for the completion of discovery or trial, the requested schedule will not significantly affect the case schedule.

DATED: August 29, 2017   Respectfully submitted,

MUNGER, TOLLES & OLSON LLP
BRADLEY S. PHILLIPS


By: _____*/s/ Bradley S. Phillips*_____
      BRADLEY S. PHILLIPS
Attorneys for Defendants The Board of Trustees of California State University, San Francisco State University, Leslie Wong, Mary Ann Begley, Luoluo Hong, Lawrence Birello, Reginald Parson, Osvaldo del Valle, Kenneth Montreiro, Brian Stuart, Robert Nava, Mark Jaramilla, Vernon Piccinotti, and Shimina Harris

CASE NO. CV 3:17-cv-03511-WHO
STIPULATION AS TO BRIEFING SCHEDULE

DATED: August 29, 2017  MARK ALLEN KLEIMAN

By: */s/ Mark Allen Kleiman*
    MARK ALLEN KLEIMAN

GAVIN, CUNNINGHAM & HUNTER LLP

By: */s/Alan Hunter*
    ALAN HUNTER

Attorneys for Defendant Rabab Abdulhadi

DATED: August 29, 2017  WINSTON & STRAWN LLP

By: */s/ Seth Weisburst*
    SETH WEISBURST

Attorneys for Plaintiffs
JACOB MANDEL, CHARLES VOLK,
MASHA MERKULOVA, AARON PARKER,
and STEPHANIE ROSEKIND

**ORDER**

IT IS SO ORDERED.

DATED: August 29, 2017

_____
United States District Judge