Mark Allen Kleiman (SBN 115919)
**LAW OFFICE OF MARK ALLEN KLEIMAN**
2907 Stanford Ave
Venice, Ca 90292
Telephone: 310/306-8094
Telefax: 310/306-8491
Email: mkleiman@quitam.org


Alan F. Hunter, Esq. SBI 099805
Elizabeth G. Landess, Esq. (SBI 138353)
**GAVIN CUNNINGHAM & HUNTER**
1530 The Alameda, Suite 210
San Jose, California 95126
Email: hunter@gclitigation.com
Telephone: 408/294-8500
Telefax: 408/294-8596
Email: hunter@gclitigation.com

Attorneys for Defendant Rabab Abdulhadi

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB MANDEL, CHARLES VOLK, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY, SAN FRANCISCO STATE UNIVERSITY, et al., <br><br> Defendants. | Case No.: 3:17-cv-03511-WHO <br><br><br> **STIPULATION & ORDER** <br> <u>**RE MOTION TO STRIKE**</u> <br><br> Judge: Hon. William H. Orrick III <br> Dept: Courtroom 2, 17th Floor <br> Date: November 8, 2017 <br> Time: 2:00 p.m. |

# **STIPULATION**

Defendant Rabab Abdulhadi ("Dr. Abdulhadi") and Plaintiffs Jacob Mandel, Charles Volk, Liam Kern, Masha Merkulova, Aaron Parker, and Stephanie Rosekind ("Plaintiffs") through their respective counsel, stipulate as follows pursuant to Local Rule 6-2.

Whereas on August 29, 2017, this Court entered an Order (ECF 50) based on a Stipulation between Plaintiffs and Dr. Abdulhadi and all other defendants, setting forth a new briefing schedule based upon Plaintiffs' (then) to-be filed First Amended Complaint.

Whereas on August 31, 2017 Plaintiffs filed their First Amended Complaint (ECF 57).

Whereas the Plaintiffs' First Amended Complaint at Paragraph 43, page ten, lines 9-27 contains the exact language Dr. Abdulhadi previously moved to strike from the original complaint, (the "Motion to Strike," ECF 44).

- Dr. Abdulhadi and the Plaintiffs agree that although both the Plaintiffs' original Complaint and Dr. Abdulhadi's Motion to Strike Allegations of Complaint are moot, Dr. Abdulhadi's Motion to Strike will be deemed to apply to the same language in the Plaintiffs' First Amended Complaint, at which it had been directed in the original Complaint, and need not be refiled.

- Consistent with the Court's August 29, 2017 Order (ECF 50), Dr. Abdulhadi and the Plaintiffs agree that Plaintiffs' opposition to Dr. Abdulhadi's Motion to Strike shall be filed no later than October 11, 2017, and that Dr. Abdulhadi's

reply brief in support of the Motion to Strike shall be filed no later than October 25, 2017.

- Dr. Abdulhadi and Plaintiffs agree that Dr. Abdulhadi's Motion to Dismiss Plaintiffs' original complaint (ECF 43) is moot, and that Dr. Abdulhadi may file a Motion to Dismiss the First Amended Complaint no later than September 14, 2017.

To the extent the Proposed Order adopting this Stipulation is denied, Dr. Abdulhadi and Plaintiffs agree that Plaintiffs will have 7 calendar days from the date of that denial to file an opposition to the Motion to Strike.


Dated: September 5, 2017

GAVIN CUNNINGHAM & HUNTER

By: /s/ Alan F. Hunter

Alan F. Hunter – Attorneys for Def.
Authorized E-Signature


Dated: September 5, 2017

WINSTON & STRAWN LLP

By: /s/ Seth Weisburst

Seth Weisburst – Attorneys for Plts.
Authorized E-Signature


### [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: September 6, 2017

_____
United States District Judge