1  Robb C. Adkins (SBN 194576)                Lawrence M. Hill (*pro hac vice*)
   radkins@winston.com                        lhill@winston.com
2  Krista M. Enns (SBN 206430)                Alexa Perlman (*pro hac vice*)
   kenns@winston.com                          aperlman@winston.com
3  Seth Weisburst (SBN 259323)                WINSTON & STRAWN LLP
   sweisburst@winston.com                     200 Park Avenue
4  WINSTON & STRAWN LLP                       New York, NY 10166-4193
   101 California Street, 35th Floor          Telephone:    (212) 294-6700
5  San Francisco, CA  94111-5840              Facsimile:    (212) 294-4700
   Telephone:  (415) 591-1000
6  Facsimile:    (415) 591-1400

7
   Steffen N. Johnson (*pro hac vice*)        Brooke Goldstein (*pro hac vice*)
8  sjohnson@winston.com                       brooke@thelawfareproject.org
   Lowell D. Jacobson (*pro hac vice*)        Amanda Berman (*pro hac vice*)
9  ljacobson@winston.com                      amanda@thelawfareproject.org
   Adrianne Rosenbluth (*pro hac vice*)       THE LAWFARE PROJECT
10 arosenbluth@winston.com                    633 Third Avenue, 21st Floor
   WINSTON & STRAWN LLP                       New York, NY 10017
11 1700 K Street, N.W.                        Telephone:    (212) 339-6995
   Washington, D.C.  20006-3817
12 Telephone:   (202) 282-5000
   Facsimile:    (202) 282-5100

13
   Attorneys for Plaintiffs
14 JACOB MANDEL, CHARLES VOLK,
   LIAM KERN, MASHA MERKULOVA,
15 AARON PARKER, and STEPHANIE ROSEKIND

16              **UNITED STATES DISTRICT COURT**

17             **NORTHERN DISTRICT OF CALIFORNIA**

18 JACOB MANDEL, CHARLES VOLK, LIAM          **Case No. 3:17-CV-03511-WHO**
   KERN, MASHA MERKULOVA, AARON
19 PARKER, and STEPHANIE ROSEKIND,

20              Plaintiffs,                   **PLAINTIFFS' OPPOSITION TO
                                             ADMINISTRATION DEFENDANTS'
21         v.                                MOTION TO DISMISS THE ORIGINAL
                                             COMPLAINT [ECF 40]**
22 BOARD OF TRUSTEES of the CALIFORNIA
   STATE UNIVERSITY, SAN FRANCISCO
23 STATE UNIVERSITY, and, in their official and   Date: November 8, 2017
   individual capacities, LESLIE WONG, MARY   Time: 2:00 p.m.
24 ANN BEGLEY, LUOLUO HONG, LAWRENCE   Location: Courtroom 2 (17th floor)
   BIRELLO, REGINALD PARSON, OSVALDO   Judge: William H. Orrick
25 DEL VALLE, KENNETH MONTEIRO, RABAB
   ABDULHADI, BRIAN STUART, ROBERT      Complaint Filed: June 19, 2017
26 NAVA, MARK JARAMILLA, VERNON         First Am. Complaint Filed: August 31, 2017
   PICCINOTTI, and SHIMINA HARRIS,
27
                Defendants.
28

PLAINTIFFS' OPPOSITION TO ADMIN. DEFENDANTS' MOTION TO DISMISS THE ORIGINAL COMPLAINT
Case No. 3:17-CV-03511-WHO

1    While Plaintiffs believe the Administration Defendants'[1] Motion to Dismiss Plaintiffs'

2    original Complaint is moot, out of an abundance of caution, Plaintiffs submit this opposition to the

3    Motion to Dismiss the original Complaint, as it has not been withdrawn by the Administration

4    Defendants.

5    When an amended complaint is filed, it supersedes the prior complaint, rendering it a legal

6    nullity.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) (citing *Hal Roach Studios v.*

7    *Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990) ("an amended pleading supersedes the

8    original"); 6 Charles A. Wright, Arthur R. Miller & Mary K. Kane, Federal Practice and Procedure

9    § 1476, at 556-59 (1990) ("A pleading that has been amended under Rule 15(a) supersedes the

10   pleading it modifies.  Once an amended pleading is interposed, the original pleading no longer

11   performs any function in the case . . . .")).  The Administration Defendants filed a Motion to Dismiss

12   Plaintiffs' original Complaint on August 21, 2017.  ECF 40.  Subsequently, on August 31, 2017,

13   Plaintiffs filed the First Amended Complaint as a matter of course, pursuant to Rule 15(a)(1)(B).

14   ECF 57.  The original Complaint is thus superseded, and is a legal nullity.

15   Pending motions based on a superseded complaint are rendered moot.  *See Burchfield v.*

16   *Corel Corporation*, 2013 WL 12120088, at *1 (N.D. Cal. Sept. 12, 2013); *see also Ramirez v.*

17   *County of San Bernardino*, 806 F.3d 1002, 1009 (9th Cir. 2015) ("Because the Defendants' motion

18   to dismiss targeted the Plaintiff's First Amended Complaint, which was no longer in effect, we

19   conclude that the motion to dismiss should have been deemed moot before the district court granted

20   it.").  Because Plaintiffs' original Complaint is superseded, the Administration Defendants' Motion

21   to Dismiss the original Complaint is moot.

22   For these reasons, Plaintiffs respectfully request that the Court deny the Administration

23   Defendants' motion to dismiss Plaintiffs' original Complaint as moot.

24   / / /

25   / / /

26

27   [1] The "Administration Defendants" (or "Defendants," for purposes of this opposition) include the
     Board of Trustees of the California State University, San Francisco State University, Leslie Wong,
     Mary Ann Begley, Luoluo Hong, Lawrence Birello, Reginald Parson, Osvaldo del Valle, Kenneth

28   Monteiro, Brian Stuart, Robert Nava, Mark Jaramilla, Vernon Piccinotti, and Shimina Harris.

1

1    Dated:  October 11, 2017                    WINSTON & STRAWN LLP

2
                                                 By:    */s/ Seth Weisburst*
3
                                                        Robb C. Adkins
4                                                        Lawrence M. Hill (*pro hac vice*)
                                                         Krista M. Enns
5                                                        Steffen N. Johnson (*pro hac vice*)
                                                         Lowell Jacobson (*pro hac vice*)
6                                                        Seth Weisburst
                                                         Alexa Perlman (*pro hac vice*)
7                                                        Adrianne Rosenbluth (*pro hac vice*)
                                                         WINSTON & STRAWN LLP
8
                                                         Brooke Goldstein (*pro hac vice*)
9                                                        Amanda Berman (*pro hac vice*)
                                                         THE LAWFARE PROJECT
10
                                                         Attorneys for Plaintiffs
11                                                       JACOB MANDEL, CHARLES VOLK, LIAM
                                                         KERN, MASHA MERKULOVA, AARON
12                                                       PARKER, and STEPHANIE ROSEKIND

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' OPPOSITION TO ADMIN. DEFENDANTS' MOTION TO DISMISS THE ORIGINAL COMPLAINT
Case No. 3:17-CV-03511-WHO