| | |
|---|---|
| Robb C. Adkins (SBN 194576) | Lawrence M. Hill (*pro hac vice*) |
| radkins@winston.com | lhill@winston.com |
| Krista M. Enns (SBN 206430) | Alexa Perlman (*pro hac vice*) |
| kenns@winston.com | aperlman@winston.com |
| Seth Weisburst (SBN 259323) | WINSTON & STRAWN LLP |
| sweisburst@winston.com | 200 Park Avenue |
| WINSTON & STRAWN LLP | New York, NY 10166-4193 |
| 101 California Street, 35th Floor | Telephone:   (212) 294-6700 |
| San Francisco, CA  94111-5840 | Facsimile:   (212) 294-4700 |
| Telephone:   (415) 591-1000 | |
| Facsimile:   (415) 591-1400 | |
| | |
| Steffen N. Johnson (*pro hac vice*) | Brooke Goldstein (*pro hac vice*) |
| sjohnson@winston.com | brooke@thelawfareproject.org |
| Lowell D. Jacobson (*pro hac vice*) | Amanda Berman (*pro hac vice*) |
| ljacobson@winston.com | amanda@thelawfareproject.org |
| Adrianne Rosenbluth (*pro hac vice*) | THE LAWFARE PROJECT |
| arosenbluth@winston.com | 633 Third Avenue, 21st Floor |
| WINSTON & STRAWN LLP | New York, NY 10017 |
| 1700 K Street, N.W. | Telephone:   (212) 339-6995 |
| Washington, D.C.  20006-3817 | |
| Telephone:   (202) 282-5000 | |
| Facsimile:   (202) 282-5100 | |

Attorneys for Plaintiffs
JACOB MANDEL, CHARLES VOLK,
LIAM KERN, MASHA MERKULOVA,
AARON PARKER, and STEPHANIE ROSEKIND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB MANDEL, CHARLES VOLK, LIAM KERN, MASHA MERKULOVA, AARON PARKER, and STEPHANIE ROSEKIND,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY, SAN FRANCISCO STATE UNIVERSITY, and, in their official and individual capacities, LESLIE WONG, MARY ANN BEGLEY, LUOLUO HONG, LAWRENCE BIRELLO, REGINALD PARSON, OSVALDO DEL VALLE, KENNETH MONTEIRO, RABAB ABDULHADI, BRIAN STUART, ROBERT NAVA, MARK JARAMILLA, VERNON PICCINOTTI, and SHIMINA HARRIS,<br><br>Defendants. | **Case No**. **3:17-CV-03511-WHO**<br><br>**PLAINTIFFS' OPPOSITION TO ADMINISTRATION DEFENDANTS' MOTION TO STRIKE PORTIONS OF THE ORIGINAL COMPLAINT [ECF 41]**<br><br>Date: November 8, 2017<br>Time: 2:00 p.m.<br>Location: Courtroom 2 (17th floor)<br>Judge: William H. Orrick<br><br>Complaint Filed: June 19, 2017<br>First Am. Complaint Filed: August 31, 2017 |

While Plaintiffs believe the Administration Defendants'[1] motion to strike portions of Plaintiffs' original Complaint is moot, out of an abundance of caution, Plaintiffs submit this opposition to the motion to strike the original Complaint, as it has not been withdrawn by the Administration Defendants.

When an amended complaint is filed, it supersedes the prior complaint, rendering it a legal nullity. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) (citing *Hal Roach Studios v. Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990) ("an amended pleading supersedes the original"); 6 Charles A. Wright, Arthur R. Miller & Mary K. Kane, Federal Practice and Procedure § 1476, at 556-59 (1990) ("A pleading that has been amended under Rule 15(a) supersedes the pleading it modifies. Once an amended pleading is interposed, the original pleading no longer performs any function in the case . . . .")). The Administration Defendants filed a motion to strike portions of Plaintiffs' original Complaint on August 21, 2017. ECF 41. Subsequently, on August 31, 2017, Plaintiffs filed the First Amended Complaint as a matter of course, pursuant to Rule 15(a)(1)(B). ECF 57. The original Complaint is thus superseded, and is a legal nullity.

Pending motions based on a superseded complaint are rendered moot. *See Burchfield v. Corel Corporation*, 2013 WL 12120088, at *1 (N.D. Cal. Sept. 12, 2013); *see also Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1009 (9th Cir. 2015) ("Because the Defendants' motion to dismiss targeted the Plaintiff's First Amended Complaint, which was no longer in effect, we conclude that the motion to dismiss should have been deemed moot before the district court granted it."). Because Plaintiffs' original Complaint is superseded, the Administration Defendants' motion to strike portions of the original Complaint is moot.

For these reasons, Plaintiffs respectfully request that the Court deny the Administration Defendants' motion to strike portions of Plaintiffs' original Complaint as moot.

/ / /

/ / /

---

[1] The "Administration Defendants" (or "Defendants," for purposes of this opposition) include the Board of Trustees of the California State University, San Francisco State University, Leslie Wong, Mary Ann Begley, Luoluo Hong, Lawrence Birello, Reginald Parson, Osvaldo del Valle, Kenneth Monteiro, Brian Stuart, Robert Nava, Mark Jaramilla, Vernon Piccinotti, and Shimina Harris.

| | | |
|---|---|---|
| Dated: October 11, 2017 | | WINSTON & STRAWN LLP |

By:  /s/ Seth Weisburst

Robb C. Adkins
Lawrence M. Hill (*pro hac vice*)
Krista M. Enns
Steffen N. Johnson (*pro hac vice*)
Lowell Jacobson (*pro hac vice*)
Seth Weisburst
Alexa Perlman (*pro hac vice*)
Adrianne Rosenbluth (*pro hac vice*)
WINSTON & STRAWN LLP

Brooke Goldstein (*pro hac vice*)
Amanda Berman (*pro hac vice*)
THE LAWFARE PROJECT

Attorneys for Plaintiffs
JACOB MANDEL, CHARLES VOLK, LIAM KERN, MASHA MERKULOVA, AARON PARKER, and STEPHANIE ROSEKIND