MARK ALLEN KLEIMAN (SBN 115919)
**Law Office of Mark Allen Kleiman**
2907 STANFORD AVE
VENICE, CA 90292
TELEPHONE: (310) 306-8094
FACSIMILE: (310) 306-8491
EMAIL: mkleiman@quitam.org

BEN GHARAGOZLI (SBN 272302)
**Law Offices of Ben Gharagozli**
18336 SOLEDAD CANYON RD, #2241
CANYON COUNTRY, CA 91386
TELEPHONE: (661) 607-4665
FACSIMILE: (855) 628-5517
EMAIL: ben.gharagozli@gmail.com

ALAN F. HUNTER (SBN 99805)
ELIZABETH GONG LANDESS (SBN 138353)
**Gavin, Cunningham and Hunter**
1530 THE ALAMEDA STE 210
SAN JOSE, CA 95126
TELEPHONE: (408) 294-8500
FACSIMILE: (408) 294-8596
EMAIL: hunter@gclitigation.com
            landess@gclitigation.com

Attorneys for RABAB ABDULHADI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB MANDEL, CHARLES VOLK, LIAM KERN, MASHA MERKULOVA, AARON PARKER, and STEPHANIE ROSEKIND;<br><br>        Plaintiffs,<br>                v.<br><br>BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY, SAN FRANCISCO STATE UNIVERSITY, et al.;<br><br>        Defendants. | ) Case No.: 3:17-CV-03511-WHO<br>)<br>) DR. ABDULHADI'S REPLY IN<br>) SUPPORT OF HER REQUEST FOR<br>) JUDICIAL NOTICE<br>)<br>) (Filed Concurrently with Reply in<br>) Support of Motion to Dismiss)<br>)<br>) Date:          November 8, 2017<br>) Time:          2:00 p.m.<br>) Location:     Courtroom 2 (17th floor)<br>) Judge:        William H. Orrick<br>) Original Action Filed: June 19, 2017<br>)<br>)<br>)<br>) |

DR. ABDULHADI'S REPLY IN SUPPORT OF HER REQUEST FOR JUDICIAL NOTICE

Case No. 3:17-CV-03511-WHO

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dr. Abdulhadi's request for judicial notice should be granted as Plaintiffs do not question the authenticity of any of the documents.

The Court may also (and is requested to) consider multiple documents as incorporated by reference in the FAC. "Even if a document is not attached to a complaint, it may be incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim." United States v. Ritchie, 342 F.3d 903, 908 (9th Cir. 2003) In other words, "[a] court may consider a writing referenced in a complaint but not explicitly incorporated therein if the complaint necessarily relies on the document and its authenticity is unquestioned." Parrino v. FHP, Inc., 146 F.3d 699, 706 (9th Cir. 1998), superseded by statute on other grounds in Abrego v. Dow Chem. Co., 443 F.3d 676 (9th Cir. 2006); Swartz v. KPMG LLP, 476 F.3d 756, 763 (9th Cir. 2007); Kneivel v. ESPN, 393 F.3d 1068, 1077 (9th Cir. 2005).

In the case at bar, the Plaintiffs do not question the authenticity of Exhibits A through D.

Exhibit A qualifies for judicial notice as it references the Barkat event that is central to Plaintiffs' FAC and is referred to therein in FAC 22/2-6 and FAC 23/8-19.

Exhibits B and C qualify for judicial notice as it references advisor roles, which are repeatedly referenced throughout Plaintiffs' FAC with respect to Dr. Abdulhadi's role as a faculty advisor to GUPS.  [FAC 27/24-28/5, 63/14-18, see also 9/26-27, 14/18-19, 15/16-17, 44/19-20, 53/4-5, 54/6-7].

Exhibit D qualifies for judicial notice as it references a pleading filed with the Court (i.e. Dr. Abdulhadi's motion to dismiss Plaintiffs' original complaint).  This is pertinent because it demonstrates that Plaintiffs were already on notice of the defects of their original complaint and

1  declined to remedy them in their FAC.  This in turn demonstrates that Plaintiffs are not entitled

2  to leave to amend.

3

4

5

6  DATED:  October 25, 2017              RESPECTFULLY SUBMITTED

7                                        **LAW OFFICES OF BEN GHARAGOZLI**

8

9  By: _____

10  Ben Gharagozli, Esq.

11

12  **LAW OFFICE OF MARK ALLEN KLEIMAN**

13

14  By:  _/s/ Mark Allen Kleiman, Esq._____

15  Mark Allen Kleiman, Esq.

16  **GAVIN, CUNNINGHAM & HUNTER**
   Alan F. Hunter, Esq.
17  Elizabeth Gong Landess, Esq.

18  Attorneys for Dr. Abdulhadi

19

20

21

22

23

24

25

26

27

28

---

DR. ABDULHADI'S REPLY IN SUPPORT OF HER REQUEST FOR JUDICIAL NOTICE

Case No. 3:17-CV-03511-WHO

3