Robb C. Adkins (SBN 194576)
radkins@winston.com
Krista M. Enns (SBN 206430)
kenns@winston.com
Seth Weisburst (SBN 259323)
sweisburst@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400

Lawrence M. Hill (*pro hac vice*)
lhill@winston.com
Alexa Perlman (*pro hac vice*)
aperlman@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:      (212) 294-6700
Facsimile:      (212) 294-4700

Steffen N. Johnson (*pro hac vice*)
sjohnson@winston.com
Lowell D. Jacobson (*pro hac vice*)
ljacobson@winston.com
Adrianne Rosenbluth (*pro hac vice*)
arosenbluth@winston.com
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone:   (202) 282-5000
Facsimile:    (202) 282-5100

Brooke Goldstein (*pro hac vice*)
brooke@thelawfareproject.org
Amanda Berman (*pro hac vice*)
amanda@thelawfareproject.org
THE LAWFARE PROJECT
633 Third Avenue, 21st Floor
New York, NY 10017
Telephone:      (212) 339-6995

Attorneys for Plaintiffs
JACOB MANDEL; CHARLES VOLK;
LIAM KERN; MASHA MERKULOVA;
AARON PARKER; and STEPHANIE ROSEKIND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB MANDEL; CHARLES VOLK; LIAM KERN; MASHA MERKULOVA; AARON PARKER; and STEPHANIE ROSEKIND, <br><br> Plaintiffs, <br><br> v. <br><br> BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY; SAN FRANCISCO STATE UNIVERSITY; LESLIE WONG; MARY ANN BEGLEY; LUOLUO HONG; LAWRENCE BIRELLO; REGINALD PARSON; OSVALDO DEL VALLE; KENNETH MONTEIRO; RABAB ABDULHADI; BRIAN STUART; ROBERT NAVA; MARK JARAMILLA; VERNON PICCINOTTI; and SHIMINA HARRIS, <br><br> Defendants. | Case No. 17-cv-3511-WHO <br><br><br> **PLAINTIFFS' RESPONSE TO PROPOSED AMICI JEWISH STUDIES SCHOLARS' UNAUTHORIZED REPLY BRIEF MISFILED AS A "FINAL MOTION" (ECF 112)** |

On Friday, November 3, 2017, David L. Mandel, counsel for proposed Amici "Jewish Studies Scholars," filed what purported to be a "Final MOTION re [106] Opposition/Response to Motion filed by Amici Curiae: Jewish Studies Scholars" on ECF.  ECF 112.  Notwithstanding the docket text, and the calculation of new response and reply dates (ECF 112), the caption of this document reveals that it is not in fact a motion but rather is a "Reply to Plaintiffs' Opposition" to the motion for leave to file an amicus brief (ECF 106).

Such reply briefs are not permitted.  By operation of Civil Local Rule 7-11(c), "a Motion for Administrative relief is deemed submitted for immediate determination without hearing on the day after the opposition is due."  Plaintiffs' Opposition was due and was filed on October 29, 2017 (ECF 106) and proposed Amici's motion was thus deemed submitted for immediate determination on October 30, 2017.  Thereafter, "[u]nless otherwise ordered" by the Court, no further submissions were appropriate, and no such order has been made.

Copying all counsel of record, Plaintiffs' counsel wrote to proposed Amici's counsel Mr. Mandel via email, on Friday, November 3, informing him that, based on Civil Local Rule 7-11, his "Final Motion" was an unauthorized reply brief, and requesting that the reply brief be voluntarily withdrawn.  Having received no response for several days, Plaintiffs' counsel called Mr. Mandel on the morning of Tuesday, November 7, to follow up and inquire whether he had received the email.  Mr. Mandel indicated that he did receive the email and was still considering how to respond.  At approximately 3:45 p.m. on November 7, Mr. Mandel responded to indicate that he would not be withdrawing the "Final Motion" because he did not agree that Rule 7-11(c) applied.

Because Rule 7-11 requires any opposition to a motion for administrative relief to be filed no later than 4 days after the motion is filed, Plaintiffs' file this Opposition to the "Final Motion" today on the grounds that the "Final Motion" is an unauthorized reply brief, and ask that the Court deny the "Final Motion" on that ground.  Plaintiffs further request that the Court deny the motion for leave to file an amicus brief (ECF 100), for the reasons stated in Plaintiffs' Opposition (ECF 106) and based on these procedural violations of this Court's Local Rules.  Plaintiffs concurrently submit a proposed order to that effect.

1

DATED:  November 7, 2017                    Respectfully submitted,

2

WINSTON & STRAWN LLP

3

By:    */s/ Seth Weisburst*

4
                                                    Seth Weisburst

5
                                                    Attorneys for Plaintiffs
6                                                   JACOB MANDEL, CHARLES VOLK,
                                                    LIAM KERN, MASHA MERKULOVA,
7                                                   AARON PARKER and STEPHANIE ROSEKIND

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28