Robb C. Adkins (SBN 194576)
radkins@winston.com
Krista M. Enns (SBN 206430)
kenns@winston.com
Seth Weisburst (SBN 259323)
sweisburst@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Steffen N. Johnson (*pro hac vice*)
sjohnson@winston.com
Lowell D. Jacobson (*pro hac vice*)
ljacobson@winston.com
Adrianne Rosenbluth (*pro hac vice*)
arosenbluth@winston.com
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

Lawrence M. Hill (*pro hac vice*)
lhill@winston.com
Alexa Perlman (*pro hac vice*)
aperlman@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Brooke Goldstein (*pro hac vice*)
brooke@thelawfareproject.org
Amanda Berman (*pro hac vice*)
amanda@thelawfareproject.org
THE LAWFARE PROJECT
633 Third Avenue, 21st Floor
New York, NY 10017
Telephone: (212) 339-6995

Attorneys for Plaintiffs
JACOB MANDEL; CHARLES VOLK;
LIAM KERN; MASHA MERKULOVA;
AARON PARKER; and STEPHANIE ROSEKIND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB MANDEL; CHARLES VOLK; LIAM KERN; MASHA MERKULOVA; AARON PARKER; and STEPHANIE ROSEKIND,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY; SAN FRANCISCO STATE UNIVERSITY; LESLIE WONG; MARY ANN BEGLEY; LUOLUO HONG; LAWRENCE BIRELLO; REGINALD PARSON; OSVALDO DEL VALLE; KENNETH MONTEIRO; RABAB ABDULHADI; BRIAN STUART; ROBERT NAVA; MARK JARAMILLA; VERNON PICCINOTTI; and SHIMINA HARRIS,<br><br>Defendants. | **Case No. 17-cv-3511-WHO**<br><br>**PLAINTIFF AARON PARKER'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS WITHOUT PREJUDICE** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Aaron Parker hereby voluntarily dismisses all of his claims against Defendants Leslie Wong, Mary Ann Begley, Luoluo Hong, Lawrence Birello, Reginald Parson, Osvaldo del Valle, Kenneth Monteiro, Rabab Abdulhadi, Brian Stuart, Robert Nava, Mark Jaramilla, Vernon Piccinotti, and Shimina Harris ("Defendants"), without prejudice.

Plaintiff Aaron Parker had no claims pending against Defendant Board of Trustees of the California State University or Defendant San Francisco State University.

This voluntary dismissal applies only to Plaintiff Aaron Parker's claims against Defendants. Each of the claims asserted by Plaintiffs Jacob Mandel, Charles Volk, Liam Kern, Masha Merkulova, and Stephanie Rosekind in the First Amended Complaint remain intact.

DATED: November 7, 2017         Respectfully submitted,

                                WINSTON & STRAWN LLP


                                By:  */s/ Seth Weisburst*
                                     Seth Weisburst

                                     Attorneys for Plaintiffs
                                     JACOB MANDEL, CHARLES VOLK,
                                     LIAM KERN, MASHA MERKULOVA,
                                     AARON PARKER and STEPHANIE ROSEKIND