# Exhibit A

# Proposed Supplement to Second Amended Complaint

| | |
|---|---|
| Robb C. Adkins (SBN 194576) | Lawrence M. Hill (*pro hac vice*) |
| radkins@winston.com | lhill@winston.com |
| Krista M. Enns (SBN 206430) | Alexa Perlman (*pro hac vice*) |
| kenns@winston.com | aperlman@winston.com |
| Seth Weisburst (SBN 259323) | WINSTON & STRAWN LLP |
| sweisburst@winston.com | 200 Park Avenue |
| WINSTON & STRAWN LLP | New York, NY 10166-4193 |
| 101 California Street, 35th Floor | Telephone:  (212) 294-6700 |
| San Francisco, CA 94111-5840 | Facsimile:  (212) 294-4700 |
| Telephone:  (415) 591-1000 | |
| Facsimile:  (415) 591-1400 | |
| | |
| Steffen N. Johnson (*pro hac vice*) | Brooke Goldstein (*pro hac vice*) |
| sjohnson@winston.com | brooke@thelawfareproject.org |
| Lowell D. Jacobson (*pro hac vice*) | Amanda Berman (*pro hac vice*) |
| ljacobson@winston.com | amanda@thelawfareproject.org |
| Adrianne Rosenbluth (*pro hac vice*) | THE LAWFARE PROJECT |
| arosenbluth@winston.com | 633 Third Avenue, 21st Floor |
| WINSTON & STRAWN LLP | New York, NY 10017 |
| 1700 K Street, N.W. | Telephone:  (212) 339-6995 |
| Washington, D.C. 20006-3817 | |
| Telephone:  (202) 282-5000 | |
| Facsimile:  (202) 282-5100 | |

Attorneys for Plaintiffs
JACOB MANDEL, CHARLES VOLK,
LIAM KERN, SHACHAR BEN-DAVID,
MICHAELA GERSHON, MASHA MERKULOVA,
and STEPHANIE ROSEKIND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB MANDEL, CHARLES VOLK, LIAM KERN, SHACHAR BEN-DAVID, MICHAELA GERSHON, MASHA MERKULOVA, and STEPHANIE ROSEKIND, <br><br> Plaintiffs, <br><br> v. <br><br> BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY, SAN FRANCISCO STATE UNIVERSITY, RABAB ABDULHADI, in her individual capacity, and LESLIE WONG, MARY ANN BEGLEY, LUOLUO HONG, LAWRENCE BIRELLO, REGINALD PARSON, OSVALDO DEL VALLE, KENNETH MONTEIRO, BRIAN STUART, and MARK JARAMILLA, in their official and individual capacities, <br><br> Defendants. | Case No. **3:17-CV-03511-WHO** <br><br> **SUPPLEMENT TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs Jacob Mandel, Charles Volk, Liam Kern, Shachar Ben-David, Michaela Gershon, Masha Merkulova, and Stephanie Rosekind ("Plaintiffs") hereby file this Supplement to their Second Amended Complaint (ECF 145),[1] which is the operative pleading in this action. This Supplement provides additional relevant factual allegations from the period after Plaintiffs filed the Second Amended Complaint (the "SAC") on March 29, 2018. The additional factual allegations included in this Supplement pertain to:

- The Seventh Cause of Action under Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d *et seq.* ("Title VI"), asserted by the Title VI Jewish Plaintiffs—Plaintiffs Mandel, Volk, Kern, Ben-David, and Gershon—against Defendants Board of Trustees of California State University ("CSU") and San Francisco State University ("SFSU"); and

- The Eighth Cause of Action under Title VI, asserted by the Title VI Israeli Plaintiffs—Plaintiffs Mandel, Ben-David, and Gershon—against Defendants CSU and SFSU.

**SUPPLEMENTAL ALLEGATIONS**

1. During the Spring 2018 semester, Plaintiff Michaela Gershon, then an SFSU sophomore, enrolled in a course called "South Asians in America" (AAS 540) under the curriculum of the College of Ethnic Studies ("COES"), taught by Professor Simmy Makhijani ("Makhijani").

2. For the first half of the semester, Ms. Gershon attended class without incident; she participated to the same extent as other students in the class, and completed her assignments with diligence.

3. On April 7, 2018, as a class assignment, Ms. Gershon was required to submit a creative piece describing her family history and struggles to echo the theme of a book, *Migritude* by Shailja Patel, which blamed Israel exclusively for the hardship of the Palestinians. Ms. Gershon did not understand why this book was assigned in a class about South Asians, but she nevertheless wrote about the struggles of both the Palestinian and Israeli people, and described her own struggle being

---

[1] Plaintiffs filed the First Amended Complaint on March 29, 2018 as ECF 125. On June 6, 2018, pursuant to Stipulation and Order (ECF 144), a corrected Second Amended Complaint was filed *nunc pro tunc* as ECF 145.

1   demonized and targeted as a group, specifically at SFSU, where Israelis are held accountable for
2   alleged actions of the Israeli government--which to her, felt like racism, anti-Semitism and
3   marginalization.  While Ms. Gershon's assignment was focused on Israel, Ms. Gershon has
4   personally witnessed and experienced a pattern of targeting and discrimination at SFSU based on
5   both Israeli national origin and Jewish identity regardless of national origin.

6         4.      On and after April 26, 2018, after reading Ms. Gershon's submission and learning
7   about Ms. Gershon's religious, ethnic and national identities, Makhijani began calling her out in
8   class,  pressuring Ms. Gershon to join the campus group "Jews Against Zionism," insisting that Ms.
9   Gershon come to her office hours for a conversation about Zionism, telling the whole class that
10  Israel is a "colonialist," "imperialist" and "oppressive" state, and targeting Ms. Gershon, in front of
11  other students, both in class and outside of it.  This targeting was noticeable to other students, who
12  made several comments to Ms. Gershon about how she was being "called out" and clearly treated
13  differently. One student in her class discussion group that day, Addison Von Patten, told Ms.
14  Gerson: "That was weird—just because you're Jewish, she expects you to join that club? She doesn't
15  know you or your religion!"

16        5.      At one point, Makhijani requested that Ms. Gershon take a walk with her, which Ms.
17  Gershon did not think she could decline considering Makhijani's position of authority. On the walk,
18  Makhijani told Ms. Gershon that her perception, described in her assignment, as being targeted on
19  campus as a Jew and an Israeli, was "not true," that "people at SFSU are not demonizing Israelis, it's
20  about criticizing Zionism" and that "it is understandable that students on campus who speak out
21  against Zionism are coming from a place of oppression and less power and privilege, and are filled
22  with rage and don't have an outlet," so we must understand "why they would feel this way and say
23  or do what they do."  Ms. Gershon, taken aback by this apparent justification for the harassment and
24  discrimination she has endured at SFSU, told Makhijani that there was a "whole spectrum of views
25  on Zionism" and that to Ms. Gershon, Zionism simply meant the national liberation movement for
26  Jews to have their own land free from anti-Semitism.   Makhijani responded that Ms. Gershon only
27  held this personal conviction because she is the "victim of a false narrative being propagated by rich
28

1  and powerful Zionists who control the media" and that Ms. Gershon was ignorant of facts and
2  history.

3       6.     Makhijani continued to say that Hillel is "run and funded by wealthy Zionists who
4  promote their own agenda" and who only welcome students who "follow Hillel's views and
5  propaganda." As a Hillel intern who knew how false this statement was, Ms. Gershon felt targeted
6  and intimidated by her professor, who was in a position of power over Ms. Gershon's grades, had
7  stature and authority in the classroom, and impacted her relationships on campus. At the same time,
8  Makhijani was herself promoting an anti-Semitic propaganda narrative relating to Jews and Zionists,
9  while justifying the targeting of innocent Jewish and Israeli SFSU students like Ms. Gershon as
10 "understandable" because the Jews are "powerful."

11      7.     Makhijani told Ms. Gershon that she "needed to take a history class" and, despite the
12 fact that Ms. Gershon told Makhijani that she was currently enrolled in a history course called "The
13 Arab-Israeli Conflict," Makhijani told Ms. Gershon to take her own "Intro to Ethnic Studies" course
14 the following semester. Ms. Gershon did not know how to respond to her professor, but she had no
15 intention of taking another course where she would be belittled about her own understanding of her
16 identity and subjected to racist and anti-Semitic tropes. It was clear to Ms. Gershon that Makhijani
17 only welcomed Jews who actively oppose Jewish self-determination.

18      8.     Ms. Gershon told Makhijani repeatedly that she did not want to have these
19 conversations in front of her peers, who regularly made comments about the odd way that Makhijani
20 was "calling her out" in class. However, Makhijani continued to target and harass Ms. Gershon
21 inside and out of class, telling Ms. Gershon that her own experience and understanding was framed
22 by "rich and powerful Zionists" and that there were "other Ethnic Studies professors who have done
23 a lot of work and research into the rich and powerful oppressive Zionists." It became obvious to Ms.
24 Gershon that the COES faculty perpetuates a consistent narrative that denies the humanity, civil
25 rights and right to self-determination of Ms. Gershon and other members of her Jewish and Israeli
26 communities—and maligns members of those communities who believe in their own inalienable
27 rights.
28

9. Over the course of the semester, Ms. Gershon became increasingly uncomfortable, upset, and nervous, feeling so targeted and vulnerable in class that she dreaded going. Although she feared that her commitment to standing up for her identity and community would harm her grade, Ms. Gershon knew that participation was factored into her final grade so she had no choice but to continue showing up and subjecting herself to this harassment.

10. The final assignment for the course was very similar to the assignment on *Migritude*, asking the students to again describe their own families' background and struggles. The assignment included a clip-art image of Rasmea Odeh, a convicted Palestinian terrorist who carried out two bombing attacks in Jerusalem which killed innocent Jewish and Israeli civilians. After Makhijani had spent weeks targeting Ms. Gershon as an Israeli and a Jew, it felt particularly challenging and alienating for Ms. Gershon to be forced to describe her family's story in the context of this terrorist without describing the specific struggles and experiences that Ms. Gershon had already explained— and which Makhijani told her repeatedly were "wrong."

11. This ongoing issue has been documented in an official EO 1097 report to SFSU and CSU on May 22, 2018. The same day, Ms. Gershon received an email from Sara Lewis—on behalf of Katon Dalton, the Senior Deputy Title IX Coordinator and DHR Administrator at SFSU (who, on information and belief, conducted the internal KYRF investigation)—requesting a meeting in the following days. Ms. Gershon has taken steps to arrange this meeting, however, to date, no meeting has taken place.

12. Although Ms. Gershon is deeply committed to social justice and has always wanted to study these very issues, she is afraid to take any other classes in COES—whether related to the Israeli-Palestinian conflict or not—because she realizes she will face the same intimidation, discrimination and harassment from the faculty simply because she has not hidden her identity or abandoned her beliefs and conformed to theirs. Ms. Gershon has not registered for any more classes under the COES curriculum, and does not intend to register for any such classes in the future. SFSU's overall pervasively hostile climate for Jews and Israelis is particularly acute within COES, where students like Ms. Gershon are targeted both personally and academically.

| | |
|---|---|
| Dated:  June 13, 2018 | Respectfully submitted,<br><br>WINSTON & STRAWN LLP<br><br>By:  */s/ Seth Weisburst*<br><br>Robb C. Adkins<br>Lawrence M. Hill (*pro hac vice*)<br>Krista M. Enns<br>Steffen N. Johnson (*pro hac vice*)<br>Lowell Jacobson (*pro hac vice*)<br>Seth Weisburst<br>Alexa Perlman (*pro hac vice*)<br>Adrianne Rosenbluth (*pro hac vice*)<br>WINSTON & STRAWN LLP<br><br>Brooke Goldstein (*pro hac vice*)<br>Amanda Berman (*pro hac vice*)<br>THE LAWFARE PROJECT<br><br>Attorneys for Plaintiffs<br>JACOB MANDEL, CHARLES VOLK, LIAM KERN, SHACHAR BEN-DAVID, MICHAELA GERSHON, MASHA MERKULOVA, and STEPHANIE ROSEKIND |