1  BRADLEY S. PHILLIPS (State Bar No. 085263)
   MUNGER, TOLLES & OLSON LLP
2  355 South Grand Avenue, 35th Floor
   Los Angeles, CA 90071-1560
3  Telephone:   (213) 683-9100
   Facsimile:   (213) 687-3702
4
   ADELE M. EL-KHOURI (Admitted *pro hac vice*)
5  MUNGER, TOLLES & OLSON LLP
   1155 F Street, NW, 7th Floor
6  Washington, D.C. 20004
   Telephone:   (202) 220-1100
7  Facsimile:   (202) 220-2300

8  Attorneys for Defendants
   BOARD OF TRUSTEES OF THE CALIFORNIA
9  STATE UNIVERSITY; LESLIE WONG; MARY
   ANN BEGLEY; LUOLUO HONG; LAWRENCE
10 BIRELLO; REGINALD PARSON; OSVALDO
   DEL VALLE; KENNETH MONTEIRO; BRIAN
11 STUART; AND MARK JARAMILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB MANDEL, et al.<br><br>             Plaintiffs,<br><br>       vs.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, SAN FRANCISCO STATE UNIVERSITY, et al.,<br><br>             Defendants. | CASE NO. 3:17-cv-03511-WHO<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENT TO SECOND AMENDED COMPLAINT**<br><br>Judge:   Hon. William Orrick III<br>Dept:    Courtroom 2, 17th Floor<br>Date:    August 8, 2018<br>Time:    2:00 p.m. |

1    Defendants respectfully submit that Plaintiffs' motion for leave to supplement the Title VI
2    claims in their Second Amended Complaint ("SAC") should be denied as futile. *See Obregon v.*
3    *Sessions*, No. 17-cv-01463-WHO, 2017 WL 3478774 at *2 (N.D. Cal. August 14, 2017) ("futility
4    may, on its own, justify denying a motion for leave to supplement and 'futile amendments should
5    not be permitted'") (citing *Klamath-Lack Pharm. Ass'n v. Klamath Med. Serv. Bureau*, 701 F.2d
6    1276, 1293 (9th Cir. 1983).

7    As demonstrated in Defendants' pending motion to dismiss, the SAC fails to state a claim
8    under Title VI for numerous reasons. Plaintiffs do not even contend that their supplemental
9    allegations would cure any of the defects identified in Defendants' Motion. *See* Motion at 7
10   ("Plaintiffs' SAC does not depend on the additional facts alleged in the proposed Supplement").
11   Plaintiffs' Title VI claims are deficient either with or without the supplemental allegations, and
12   the motion to supplement should therefore be denied as futile.

13   Notably, the proposed allegations reveal that the events about which Plaintiff Gershon
14   would complain were first reported to Defendants on May 22, 2018, approximately one month
15   ago. Proposed Supplement ¶ 11. The proposed allegations further disclose that SFSU's Title IX
16   office (which also handles Title VI complaints) responded the next day, requesting a meeting
17   about Ms. Gershon's allegations. *Id*. While Plaintiffs propose to allege that "no meeting has
18   taken place," they fail to disclose that multiple communications have occurred in an effort by
19   SFSU to schedule a meeting in a manner consistent with the fact that Plaintiffs' counsel of record
20   in this case intends to attend the meeting with SFSU's Title IX office. Plaintiffs' proposed
21   supplemental allegations could not remotely support a claim of "deliberate indifference" on the
22   part of Defendants, which is a necessary element of their Title VI claim.

| | | |
|---|---|---|
| 1 | DATED: June 27, 2018 | Respectfully submitted, |
| 2 | | MUNGER, TOLLES & OLSON LLP |
| | | BRADLEY S. PHILLIPS |
| 3 | | ADELE M. EL-KHOURI |

By:    /s/ *Bradley S. Phillips*
            BRADLEY S. PHILLIPS

Attorneys for Defendants
BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY;
LESLIE WONG; MARY ANN BEGLEY;
LUOLUO HONG; LAWRENCE BIRELLO;
REGINALD PARSON; OSVALDO DEL
VALLE; KENNETH MONTEIRO; BRIAN
STUART; and MARK JARAMILLA