| | |
|---|---|
| Mark Allen Kleiman (SBN 115919) | Alan F. Hunter (SBN 99805) |
| Law Office of Mark Allen Kleiman | Elizabeth Gong Landess (SBN 138353) |
| 2907 Stanford Ave. | GAVIN, CUNNINGHAM & HUNTER |
| Venice, CA 90292 | 1530 The Alameda Suite 210 |
| Telephone: (310) 306-8094 | San Jose, CA 95126 |
| Facsimile: (310) 306-8491 | Telephone: (408) 294-8500 |
| Email: mkleiman@quitam.org | Facsimile: (408) 294-8596 |
| | Email: hunter@gclitigation.com |
| Ben Gharagozli (SBN 272302) | landess@gclitigation.com |
| Law Offices of Ben Gharagozli | |
| 2907 Stanford Avenue | Attorneys for RABAB ABDULHADI |
| Marina Del Rey, CA 90292 | |
| Telephone: (661) 607-4665 | |
| Facsimile: (855) 628-5517 | |
| Email: ben.gharagozli@gmail.com | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB MANDEL, CHARLES VOLK, LIAM KERN, SHACHAR BEN-DAVID, MICHAELA GERSHON, MASHA MERKULOVA, and STEPHANIE ROSEKIND.<br><br>            Plaintiffs,<br>      v.<br><br>BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY, SAN FRANCISCO STATE UNIVERSITY, RABAB ABDULHADI, in her individual capacity, and LESLIE WONG, MARY ANN BEGLEY, LUOLUO HONG, LAWRENCE BIRELLO, REGINALD PARSON, OSVALDO DEL VALLE, KENNETH MONTEIRO, BRIAN STUART, and MARK JARAMILA, in their official and individual capacities,<br><br>            Defendants. | Case No.: 3:17-CV-03511-WHO<br><br>**JOINDER IN DEFENDANT CSU'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENT TO SECOND AMENDED COMPLAINT**<br><br>Date:         August 8, 2018<br>Time:         2:00 p.m.<br>Location:    Courtroom 2 (17th floor)<br>Judge: William H. Orrick<br>Original Action Filed: June 19, 2017 |

---

JOINDER IN DEFENDANT CSU'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENT TO SECOND AMENDED COMPLAINT

1

Case No. 3:17-CV-03511-WHO

Dr. Abdulhadi joins in the opposition of defendant California State University to Plaintiffs' motion for leave to file a supplement to their Second Amended Complaint for the reasons stated in CSU's opposition.

DATED: June 28, 2018            RESPECTFULLY SUBMITTED

**LAW OFFICE OF MARK ALLEN KLEIMAN**


By:     /s/ Mark Allen Kleiman
            Mark Allen Kleiman, Esq.

**LAW OFFICES OF BEN GHARAGOZLI**
Ben Gharagozli, Esq.

**GAVIN, CUNNINGHAM & HUNTER**
Alan F. Hunter, Esq.
Elizabeth Gong Landess, Esq.

 Attorneys for Dr. Abdulhadi