Robb C. Adkins (SBN 194576)
radkins@winston.com
Krista M. Enns (SBN 206430)
kenns@winston.com
Seth Weisburst (SBN 259323)
sweisburst@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400

Lawrence M. Hill (*pro hac vice*)
lhill@winston.com
Alexa Perlman (*pro hac vice*)
aperlman@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:    (212) 294-6700
Facsimile:    (212) 294-4700

Lowell D. Jacobson (*pro hac vice*)
ljacobson@winston.com
Adrianne Rosenbluth (*pro hac vice*)
arosenbluth@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601-9703
Telephone:   (312) 558-5600
Facsimile:    (312) 558-5700

Brooke Goldstein (*pro hac vice*)
brooke@thelawfareproject.org
Amanda Berman (*pro hac vice*)
amanda@thelawfareproject.org
THE LAWFARE PROJECT
633 Third Avenue, 21st Floor
New York, NY 10017
Telephone:    (212) 339-6995

Attorneys for Plaintiffs
JACOB MANDEL, CHARLES VOLK,
LIAM KERN, SHACHAR BEN-DAVID,
MICHAELA GERSHON, MASHA MERKULOVA,
and STEPHANIE ROSEKIND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB MANDEL, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY, et al.,<br><br>       Defendants. | **Case No. 17-cv-3511-WHO**<br><br>**PLAINTIFFS' RESPONSE TO PROPOSED AMICUS "JEWISH STUDIES SCHOLARS'" UNAUTHORIZED REPLY BRIEF [ECF NOS. 149-50]** |

On June 8, 2018, David L. Mandel, counsel for proposed amicus "Jewish Studies Scholars," filed a "Reply to Plaintiffs' Opposition to Jewish Studies Scholars' Motion for Leave to file Amicus Curiae Brief."  (ECF Nos. 149, 150 (Errata), the "Reply").

Such a reply brief is not permitted.  By operation of Civil Local Rule 7-11(c), "a Motion for Administrative relief is deemed submitted for immediate determination without hearing on the day after the opposition is due."  Plaintiffs' Opposition was due and was filed on May 22, 2018 (ECF No. 140) and proposed Amici's motion was thus deemed submitted for immediate determination on May 23, 2018.  Thereafter, "[u]nless otherwise ordered" by the Court, no further submissions were appropriate, and no such order has been made.  To the extent that "Jewish Studies Scholars" claim their motion is not governed by Local Rule 7-11, they have offered no explanation supporting that argument (either in their filings or in response to attempts to meet and confer).  Further, their motion did not comply with the notice requirements of Civil Local Rule 7-2.  *See, e.g.,* Civ. L.R. 7-2(b)(2) (requiring the noticed hearing date and time be included in the first paragraph of the motion).

Plaintiffs' counsel wrote to Mr. Mandel via email, on June 16, 2018, to inform him that his filing was improper and requesting that it be voluntarily withdrawn.  Having received no response, Plaintiffs' counsel sent a second email on June 19, 2018, to follow up and inquire whether Mr. Mandel would withdraw the filing or had any other response.  To date, Plaintiffs have received no response from Mr. Mandel or the "Jewish Studies Scholars" offering any basis for filing the Reply.

Plaintiffs request that the Court disregard "Jewish Studies Scholars'" improper Reply in its entirety and deny "Jewish Studies Scholars'" motion for leave to file an amicus brief (ECF No. 138).  A proposed order to that effect is filed concurrently with this response.

Dated:  July 2, 2018

WINSTON & STRAWN LLP

By:  */s/ Seth Weisburst*
Seth Weisburst

Attorneys for Plaintiffs
JACOB MANDEL, CHARLES VOLK,
LIAM KERN, SHACHAR BEN-DAVID,
MICHAELA GERSHON, MASHA
MERKULOVA, and STEPHANIE ROSEKIND

1

PLAINTIFFS' RESPONSE TO PROPOSED AMICUS "JEWISH STUDIES SCHOLARS'" IMPROPER REPLY BRIEF [ECF NOS. 149-50]
CASE NO. 17-CV-3511-WHO