UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB MANDEL, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,<br><br>        Defendants. | Case No. 17-cv-03511-WHO<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the Court's October 29, 2018 Order Granting Defendants' Motions to Dismiss.

**IT IS SO ORDERED.**

Dated: October 29, 2018



William H. Orrick
United States District Judge