| | |
|---|---|
| Robb C. Adkins (SBN 194576)<br>radkins@winston.com<br>Krista M. Enns (SBN 206430)<br>kenns@winston.com<br>Seth Weisburst (SBN 259323)<br>sweisburst@winston.com<br>WINSTON & STRAWN LLP<br>101 California Street, 35th Floor<br>San Francisco, CA  94111-5840<br>Telephone:   (415) 591-1000<br>Facsimile:    (415) 591-1400 | Lawrence M. Hill (*pro hac vice*)<br>lhill@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone:    (212) 294-6700<br>Facsimile:     (212) 294-4700 |
| Steffen N. Johnson (*pro hac vice*)<br>sjohnson@winston.com<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, D.C.  20006-3817<br>Telephone:   (202) 282-5000<br>Facsimile:    (202) 282-5100 | Brooke Goldstein (*pro hac vice*)<br>brooke@thelawfareproject.org<br>Amanda Berman (*pro hac vice*)<br>amanda@thelawfareproject.org<br>THE LAWFARE PROJECT<br>633 Third Avenue, 21st Floor<br>New York, NY 10017<br>Telephone:    (212) 339-6995 |

Adrianne Rosenbluth (*pro hac vice*)
arosenbluth@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL  60601-9703
Telephone:   (312) 558-5600
Facsimile:    (312) 558-5700

Attorneys for Plaintiffs
JACOB MANDEL, CHARLES VOLK,
LIAM KERN, SHACHAR BEN-DAVID,
MICHAELA GERSHON, MASHA MERKULOVA,
and STEPHANIE ROSEKIND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB MANDEL, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY, et al.,<br><br>              Defendants. | Case No. 3:17-CV-03511-WHO<br><br>**NOTICE OF APPEAL**<br><br>Date Action Filed: June 19, 2017 |

NOTICE IS HEREBY GIVEN that Plaintiffs Jacob Mandel, Charles Volk, Liam Kern, Shachar Ben-David, Michaela Gershon, Masha Merkulova, and Stephanie Rosekind, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment entered on October 29, 2018 (ECF No. 168) and from the Order Granting Motions to Dismiss entered on October 29, 2018 (ECF No. 167), as well as any other underlying orders, opinions, rulings, findings, or conclusions of the District Court related to the Judgment in this action.

DATED: November 27, 2018

WINSTON & STRAWN LLP /
THE LAWFARE PROJECT

By:  */s/ Seth Weisburst*

Robb C. Adkins
Lawrence M. Hill (*pro hac vice*)
Steffen Johnson (*pro hac vice*)
Krista M. Enns
Brooke Goldstein (*pro hac vice*)
Amanda Berman (*pro hac vice*)
Seth Weisburst
Adrianne Rosenbluth (*pro hac vice*)

Attorneys for Plaintiffs
JACOB MANDEL, CHARLES VOLK, LIAM KERN, SHACHAR BEN-DAVID, MICHAELA GERSHON, MASHA MERKULOVA, and STEPHANIE ROSEKIND