**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 29 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JACOB MANDEL; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; et al., <br><br> Defendants-Appellees. | No. 18-17277 <br><br> D.C. No. 3:17-cv-03511-WHO <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Appellants' motion (Docket Entry No. 11) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7

LBS 03-18-2019/Pro Mo